UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| DEBRA KEW,                     )<br>      Plaintiff,          )<br>                                )<br>v.                              )<br>                                )<br>TOWN OF NORTHFIELD, *et al.*    )<br>      Defendants.        )  | Civil Action No. 5:19-cv-78 |

## STIPULATION OF DISMISSAL OF INDIVIDUAL DEFENDANTS

NOW COME the Parties, by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate that all claims against Defendants Brian Hoar and Michael Gero in their individual capacities are hereby dismissed ***with prejudice.*** The parties shall bear their own costs and attorney's fees.

TARRANT, GILLIES & SHEMS, LLP

11/21/23  BY:   /s/ K. Heather Devine
Date              Ronald A. Shems, Esq.
                  K. Heather Devine, Esq.
                  44 E. State Street
                  Montpelier, VT 05601-1440
                  (802) 223-1112
                  rshems@tarrantgillies.com
                  heather@tarrantgillies.com

                  Attorneys for Plaintiff

                                    McNEIL, LEDDY & SHEAHAN, P.C.

<u>11/21/23</u>                      BY:   <u>/s/ Michael J. Leddy</u>
Date                                     Michael J. Leddy, Esq.
                                       271 South Union Street
                                       Burlington, VT 05401
                                       (802) 863-4531
                                       mleddy@mcneilvt.com

                                       Attorneys for Defendants