UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| DEBRA KEW,<br>      Plaintiff,<br><br>v.<br><br>TOWN OF NORTHFIELD, *et al.*<br>      Defendants. | )<br>)<br>)<br>)   Civil Action No. 5:19-cv-78<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

NOW COME the Parties, by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that this matter is hereby dismissed *with prejudice*. Each Party shall bear their own costs and attorney's fees.

                                        TARRANT, GILLIES & SHEMS, LLP

12/1/23                    BY:   /s/ Ronald A. Shems
Date
                                          Ronald A. Shems, Esq.
                                          K. Heather Devine, Esq.
                                          44 E. State Street
                                          Montpelier, VT 05601-1440
                                          (802) 223-1112
                                          rshems@tarrantgillies.com
                                          heather@tarrantgillies.com

                                          Attorneys for Plaintiff


                                        McNEIL, LEDDY & SHEAHAN, P.C.

12/1/23                    BY:   /s/ Michael J. Leddy
Date
                                          Michael J. Leddy, Esq.
                                          271 South Union Street
                                          Burlington, VT 05401
                                          (802) 863-4531
                                          mleddy@mcneilvt.com

                                          Attorneys for Defendants